LAW OFFICES OF
**ERSKINE & TULLEY**
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

July 6, 2009

Magistrate Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102-3483

Re: Board of Trustees of the Automotive Industries, et al.
vs. Cologne Auto Body Inc., et al.
United States District Court, Action No. C 09 0043 EMC

Dear Judge Chen,

Confirming my telephone conversations with opposing counsel and with your clerk Betty Lee, the parties are requesting, and you intend to grant, a continuance of the Case Management Conference from Wednesday, July 8, 2009 to October 7, 2009 at 2:30 to allow time for mediation to take place.

Thank you for your consideration in this matter.

Yours very truly,

Michael J. Carroll
MJC/se

cc: Sandra McNabb (fax)
650-341-1395

IT IS SO ORDERED that the case management conference is reset from 7/8/09 to 10/7/09 at 2:30 p.m. A joint CMC statement shall be filed by 9/30/09.

_____
Edward M. Chen
U. S. Magistrate Judge