```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (STATE BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COLOGNE AUTO BODY INC., a California corporation <br><br> Defendant. | NO. C 09 0043 EMC <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE ORDER |

The parties having reached a tentative settlement, but requiring additional time to document the settlement.

IT IS STIPULATED to continue the Case Management Conference from October 7, 2009 to November 17, 2009 at 2:30 p.m.

Erskine & Tulley

DATED: 10/5/09           /s/Michael J. Carroll
                         Michael J. Carroll
                         Attorneys for Plaintiffs

                         McGlashan & Sarrail

DATED: 10/5/09           /s/William A. Bauld
                         William A. Bauld
                         Attorneys for Defendant

Order
IT IS SO ORDERED

DATED: 10/6/09           _____
                         HONORABLE Edward M. Chen

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**