```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (STATE BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> COLOGNE AUTO BODY INC., a California corporation <br><br> Defendant. | NO. C 09 0043 EMC <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

Settlement discussions taking more time than anticipated, IT IS STIPULATED to continue the Case Management Conference from November 17, 2009 at 2:30 p.m. to December 23, 2009 at 2:30 p.m.

DATED: 11/5/09                    /s/Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs

DATED: 11/5/09                    /s/William A. Bauld
                                  William A. Bauld
                                  Attorneys for Defendant

Order
IT IS SO ORDERED.

DATED: 11/6/09                    _____
                                  Edward M. Chen

IT IS SO ORDERED.
Judge Edward M. Chen

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**