```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (STATE BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> COLOGNE AUTO BODY INC., a California corporation <br><br> Defendant. | NO. C 09 0043 EMC <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

Settlement discussions taking more time than anticipated, IT IS STIPULATED to continue the Case Management Conference from December 23, 2009 to January 27, 2010 at 2:30 p.m.

DATED: 12/16/09            /s/Michael J. Carroll
                           Michael J. Carroll
                           Attorneys for Plaintiffs

DATED: 12/16/09            /s/William A. Bauld
                           William A. Bauld
                           Attorneys for Defendant

**Order**
IT IS SO ORDERED.

DATED: 12/17/09            _____
                           Honorable Edward M. Chen

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**