```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COLOGNE AUTO BODY INC., a California corporation<br><br>Defendant. | NO. C 09 0043 EMC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

Settlement discussions have been completed and paperwork for settlement is being drafted, IT IS STIPULATED to continue the Case Management Conference from January 27, 2010 to February 24, 2010 at ~~2:30 p.m.~~ 1:30 p.m.  A Joint CMC statement is due February 17, 2010.

```
DATED: 1/13/10                    /s/Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs


DATED: 1/13/10                    /s/William A. Bauld
                                  William A. Bauld
                                  Attorneys for Defendant
```
                    Order
            IT IS SO ORDERED.

DATED:  1/14/10
                                  _____
                                  Honorable Edward M. Chen

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**