1 | **ERSKINE & TULLEY**
  | **A PROFESSIONAL CORPORATION**
2 | **MICHAEL J. CARROLL (STATE BAR #50246)**
  | **220 Montgomery Street, Suite 303**
3 | **San Francisco, CA  94104**
  | **Telephone:  (415) 392-5431**
4 | **Facsimile:  (415) 392-1978**

5 | **Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al. | NO. C 09 0043 EMC |
| Plaintiffs, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |
| vs. | |
| COLOGNE AUTO BODY INC., a California corporation | |
| Defendant. | |

Settlement discussions have been completed and paperwork for settlement has been signed. An agreed upon amount is to be paid no later than April 3, 2010. When the check has cleared the bank this action will be dismissed. IT IS STIPULATED to continue the Case Management Conference from February 24, 2010 to April 28, 2010 at 2:30 p.m.

DATED: 2/19/10                          /s/Michael J. Carroll
                                        Michael J. Carroll
                                        Attorneys for Plaintiffs

DATED: 2/19/10                          /s/William A. Bauld
                                        William A. Bauld
                                        Attorneys for Defendant

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

1      **Order**
       **IT IS SO ORDERED.**
2
3  **DATED:** _____2/22/10_____ 
4                                                Hon. Edward M. Chen
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**