```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiff


McGLASHAN & SARRAIL
WILLIAM A. BAULD
177 Bovet Road, Sixth Floor
San Mateo, CA 94402
Telephone:  (650) 341-2585
Facsimile:  (650) 341-1395


Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIVORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al., <br><br> Plaintiff, <br><br> vs. <br><br> COLOGNE AUTO BODY INC., a California corporation, <br><br> Defendant. | NO. C 09 0043 EMC <br><br> STIPULATION FOR DISMISSAL |

      The parties having entered into a Settlement Agreement and Release, and good cause appearing,

      IT IS HEREBY STIPULATED that this action be dismissed with prejudice.

DATED: April 6, 2010         ERSKINE & TULLEY
                             A PROFESSIONAL CORPORATION

                             By:/s/Michael J. Carroll
                                Michael J. Carroll
                                Attorneys for Plaintiff
                                Northwest Administrators, Inc.

DATED: April 6, 2010         McGLASHAN & SARRAIL

                             By: /s/William A. Bauld
                                 William A. Bauld
                                 Attorneys for Defendant
                                 Cologne Auto Body Inc.

**ORDER**

IT IS SO ORDERED.

DATED: 4/13/10

*IT IS SO ORDERED. Judge Edward M. Chen — United States District Court, Northern District of California*